# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --                   )
                                   )

ServiceSource, Inc.             )    ASBCA Nos. 59833, 59834, 59835
                                   )

Under Contract No. HQ0034-14-D-0018   )

| APPEARANCES FOR THE APPELLANT: | Aron C. Beezley, Esq. |
|---|---|
| | Robert J. Symon, Esq. |
| | William R. Purdy, Esq. |
| |   Bradley Arant Boult Cummings LLP |
| |   Washington, DC |

| APPEARANCES FOR THE GOVERNMENT: | John S. Albanese, Esq. |
|---|---|
| |   General Counsel |
| | Christina M. Austin, Esq. |
| |   Assistant General Counsel |
| |   DoD Washington Headquarters Services & |
| |     Pentagon Force Protection Agency |
| |   Washington, DC |

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 23 June 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59833, 59834, 59835, Appeals of ServiceSource, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals